Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 15-56045

Case Name: Douglas Jordan-Benel v. Universal City Studios LLC, et al.

List the name(s) of the party or parties you are representing: Universal City Studios LLC, Blumhouse Productions, LLC, Overlord Productions, LLC, Platinum Dunes Productions, et al.

- [x] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: 

Name: Eric M. Stahl

Firm/Office: Davis Wright Tremaine LLP

Address: 865 South Figueroa Street, Suite 2400

City: Los Angeles    State: CA    Zip Code: 90017

Email: ericstahl@dwt.com    Re-enter Email: ericstahl@dwt.com

Phone Number *(including area code)*: (213) 633-6800

Signature *(use "s/" format)*: /s/ Eric M. Stahl    Date: 09/19/2017

9th Circuit Case Number(s) 15-56045

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* Sep 19, 2017 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)* /s/ Nancy Gonzalez

*********************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*